**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma (jdepalma@litedepalma.com)
Katrina Carroll (kcarroll@litedepalma.com)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000

**IZARD NOBEL LLP**
Robert A. Izard
Jeffrey S. Nobel
Nicole A. Veno
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6292

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAINIE COHEN on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Civil Action No. 13-cv-05162<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiff Lainie Cohen hereby dismisses this action without prejudice. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) no court order is necessary to dismiss this action because no answer or motion for summary judgment has been served by Defendant.

388562.1

DATED: September 19, 2013            **LITE DEPALMA GREENBERG, LLC**

<p style="padding-left:50%">By: /s/ Joseph J. DePalma<br>
Joseph J. DePalma (jdepalma@litedepalma.com)<br>
Katrina Carroll (kcarroll@litedepalma.com)<br>
Two Gateway Center, 12th Floor<br>
Newark, New Jersey 07102<br>
(973) 623-3000<br>
jdepalma@litedepalma.com<br>
kcarroll@litedepalma.com</p>

388562.1